UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Craig Jeremy Richardson,

    Plaintiff

    v.

Marty Orsinelli, et al.,

    Defendant

Case No.: 2:14-cv-617-JAD-PAL

**Order Adopting Report and Recommendation [Doc. 6] and Dismissing Action**

    Magistrate Judge Peggy Leen entered an order and report and recommendation on September 30, 2014, granting Plaintiff Craig Jeremy Richardson's application for leave to proceed in forma pauperis, directing the filing of his complaint into the record, and recommending that the complaint be dismissed. Doc. 6. Objections were due October 17, 2014. Richardson has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]

    Accordingly, and with good cause appearing,

    It is hereby ORDERED that Magistrate Judge Leen's report and recommendation **[Doc. 6] is ADOPTED**.

    It is FURTHER ORDERED that Richardson's complaint is DISMISSED. The Clerk of Court is instructed to close this case.

    DATED October 22, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).